## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

NEXT LEVEL HOSPITALITY
SERVICES, LLC,

        Plaintiff,

vs.

ASPIRE HEALTHCARE, LLC; 24TH
ROAD OPCO, LLC; SUNSET POINT
ROAD OPCO LLC; VOORHEES ROAD
OPCO LLC; TAMPA ROAD OPCO
LLC; and HIGHLANDS BLVD OPCO
LLC,

        Defendants.

Civil Action No. _____

/

## COMPLAINT

Plaintiff, Next Level Hospitality Services, LLC ("Next Level"), by its

undersigned attorneys, and files this its Complaint against Defendants, Aspire

Healthcare, LLC ("Aspire Healthcare"), 24th Road Opco LLC ("24th Road

Opco"), Sunset Point Road Opco LLC ("Sunset Point Road Opco"), Voorhees

Road Opco LLC ("Voorhees Road Opco"), Tampa Road Opco LLC ("Tampa

Road Opco"), Highlands Blvd Opco LLC ("Highlands Blvd Opco") (Defendants

are collectively referred to as "Aspire"), an hereby alleges as follows:

## NATURE OF THE ACTION

1.      Next Level is in the business of providing culinary services and professional food supplies and related materials to healthcare facilities.

2.      This is a contractual dispute between Next Level and the operator of several healthcare facilities for the operator's failure to pay for services and supplies provided by Next Level at the facilities for approximately six weeks, in breach of the agreement between the parties.

## THE PARTIES

3.      Next Level is a Delaware limited liability company with a principal place of business located at 2400 Market Street, Philadelphia, PA 19103.  Next Level's sole member is Aramark Healthcare Support Services, LLC, a Delaware limited liability company with a principal place of business located at 2400 Market Street, Philadelphia, PA 19103.  The sole member of Aramark Healthcare Support Services, LLC is Aramark Services, Inc., a Delaware corporation with a principal place of business located at 2400 Market Street, Philadelphia, PA 19103.

4.      Aspire Healthcare is a Florida limited liability company, with its principal place of business located at 1120 W. Donegan Avenue, Kissimmee, FL 34741.  Upon information and belief, its sole member is Nathan Freund, a New Jersey resident.

5.      24th Road Opco is a Florida limited liability company, with its principal place of business located at 1501 SE 24th Road, Ocala, FL 34471.  Upon information and belief, its sole member is Nathan Freund, a New Jersey resident.

6.      Sunset Point Road Opco is a Florida limited liability company, with its principal place of business located at 1980 Sunset Point Road, Clearwater, FL 33765.  Upon information and belief, its sole member is Nathan Freund, a New Jersey resident.

7.      Voorhees Road Opco is a Florida limited liability company, with its principal place of business located at 4927 Voorhees Road, New Port Richey, FL 34653.  Upon information and belief, its sole member is Nathan Freund, a New Jersey resident.

8.      Tampa Road Opco is a Florida limited liability company, with its principal place of business located at 3865 Tampa Road, Oldsmar, FL 34677.  Upon information and belief, its sole member is Nathan Freund, a New Jersey resident.

9.      Highlands Blvd Opco is a Florida limited liability company, with its principal place of business located at 2600 Highlands Blvd N., Palm Harbor, FL 34684.  Upon information and belief, its sole member is Nathan Freund, a New Jersey resident.

**JURISDICTION AND VENUE**

10.    This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) as Plaintiff and Defendants are of diverse citizenship, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

11.    This Court is the proper venue for this action pursuant to 28 U.S.C. §1391(b)(2) because the events or omissions giving rise to the subject claim occurred in this District.

12.    Specifically, Next Level provided services and supplies to Aspire's facilities within the Middle District of Florida pursuant to the agreement at issue.

**NEXT LEVEL'S AGREEMENTS
WITH FORMER OPERATORS OF ASPIRE FACILITIES**

13.    In 2021, Next Level entered into agreements with the operators of five residential nursing home facilities to provide culinary services, environmental services, and food supply.

14.    Specifically, Next Level executed agreements with (1) Ocala FL Opco LLC, d/b/a Arbor Springs Health and Rehabilitation Center, (2) Clearwater FL Opco LLC, d/b/a Orchid Cove at Clearwater, (3) New Port Richey FL Opco LLC, d/b/a Orchid Cove at New Port Richey,  (4) Oldsmar FL Opco LLC, d/b/a Orchid Cove at Oldsmar, and (5) Palm Harbor FL Opco LLC, d/b/a Orchid Cove at Palm Harbor.

15.     The nursing home facilities covered by these agreements were located at (1) 1501 SE 24th Rd. Ocala, FL 34471, (2) 2600 Highlands Blvd N., Palm Harbor, FL 34684, (3) 3865 Tampa Road, Oldsmar, FL 34677, (4) 1980 Sunset Point Road, Clearwater, FL 33765, and (5) 4927 Voorhees Road, New Port Richey, FL 34653 (collectively, the "Facilities").

16.     Pursuant to the various agreements, Next Level provided the Facilities with culinary services, environmental and linen services, and food and related supplies (collectively, the "Services").

### AGREEMENT BETWEEN NEXT LEVEL AND ASPIRE

17.     On or about November 15, 2023, Aspire acquired the operations at the Facilities.

18.     Aspire wished to continue receiving the Services from Next Level.

19.     Pursuant to Aspire's request, Next Level provided the Services to the Facilities after November 15, 2023.

20.     In November 2023, Aspire and Next Level began to negotiate new agreements under which Aspire would continue to service the Facilities.

21.     Next Level continued to provide the Services to the Facilities while the parties negotiated new agreements.

22.     On December 22, 2023, Aspire agreed to pay Next Level $100,000.00 as partial payment for the Services provided in November, and Aspire agreed to

pay Next Level an additional $125,339.00 on December 29, 2023 to complete its payment for Services rendered in November.  Email confirmation of this agreement is attached hereto as **Exhibit A** and incorporated herein by reference.

23.    Pursuant to the parties' written agreement, Aspire also agreed to pay Next Level an additional $437,255.00 by January 31, 2024 for Services Next Level provided at the Facilities in December 2023, subject to a true-up based on actual census data for the Facilities to be provided at the conclusion of the month.  *Id.*

## ASPIRE'S CONTRACTUAL BREACH

24.    Pursuant to, and in reliance on, the parties' written agreement, Next Level provided the Facilities with the same Services it had provided prior to Aspire's acquisition of the operations at the Facilities from November 15, 2023 through December 31, 2023.

25.    Next Level invoiced Aspire for the amounts owed for the Services provided by Next Level at the Facilities from November 15, 2023 through December 31, 2023.  The invoices are attached hereto collectively as **Exhibit B** and incorporated herein by reference.

26.    In total, Next Level invoiced Aspire $708,102.00 for the Services provided by Next Level at the Facilities from November 15, 2023 through December 31, 2023.  *Id.*

- 6 -

27.    Pursuant to the parties' agreement, Aspire paid Next Level the initial $100,000.00 as partial payment for November Services provided by Next Level.

28.    However, Aspire failed to make any additional payments for Services provided by Next Level at the Facilities from November 15, 2023 through December 31, 2023.

29.    On March 22, 2024, Next Level sent Aspire a notice of default and demand for payment.  This notice is attached hereto as **Exhibit C** and is incorporated herein by reference.

30.    As set forth in the notice of default and demand, the total amount due and owing from Aspire to Next Level as of the date of the notice, including interest, was $613,422.90 (the "Total Amount Due").  *Id.*

31.    Next Level demanded payment in full of the Total Amount Due from Aspire within ten (10) business days of the date of the notice.  *Id.*

32.    Next Level advised Aspire that if it failed to pay the Total Amount Due, Next Level was prepared to commence litigation against Aspire.  *Id.*

33.    Aspire did not object or respond to Next Level's notice of default.

34.    Other than the initial $100,000 payment, Aspire has failed to make any additional payments to Next Level for the Services Aspire received from November 15, 2023 through December 31, 2023.

## COUNT ONE – BREACH OF CONTRACT

35. Next Level incorporates the foregoing paragraph 1 through 34 as if set forth at length.

36. Next Level and Aspire entered into a valid, enforceable, and binding agreement pursuant to which Next Level would provide the Services at the Facilities from November 15, 2023 to December 31, 2023, in exchange for payment. *See* Exhibit A.

37. Next Level fully performed its obligations under this agreement by providing the Services at the Facilities from November 15, 2023 to December 31, 2023, and has fulfilled all conditions precedent, if any, required by the parties' agreement.

38. Aspire never objected to the Services provided by Next Level, and never disputed the amounts due.

39. Aspire materially and substantially breached its obligations under this agreement by failing to pay for the Services provided and invoiced by Next Level.

40. Aspire's breach was willful, malicious, and/or fraudulent.

41. Next Level has suffered damages of at least $613,422.90 directly and proximately caused by Aspire's breaches.

WHEREFORE, Plaintiff, Next Level, demands judgment against Defendants for no less than $613,422.90, together with an award of pre- and post-judgment interest, costs, punitive damages and all such other relief that the Court deems just and proper.

### COUNT TWO – UNJUST ENRICHMENT

42.    Next Level incorporates the foregoing paragraphs 1 through 34 as if set forth in their entirety.

43.    Next Level alleges in the alternative to its breach of contract claim that Next Level is entitled to damages based on Aspire's unjust enrichment.

44.    It would be inequitable to permit Aspire to receive the benefit of Next Level's Services at the Facilities without paying Next Level.

45.    At all times material hereto, Aspire agreed to pay for all the Services Next Level would provide at the Facilities.

46.    Next Level conferred a benefit on Aspire by providing the Services at the Facilities for Aspire, pursuant to and in reliance upon Aspire's request and the foregoing agreement, expecting payment from Aspire.

47.    Aspire had knowledge that Next Level conferred this benefit on Aspire.

48.     Aspire accepted the Services provided by Next Level at the Facilities, did not object to the Services, and Aspire was enriched by the Services provided by Next Level.

49.     There is no justification for Aspire's refusal to compensate Next Level for the Services provided for Aspire at the Facilities and Aspire's failure to pay was willful, malicious and/or fraudulent.

50.     Aspire's acceptance of Next Level's Services at the Facilities without paying for such Services has unjustly enriched Aspire at the expense of Next Level by at least $613,422.90.

WHEREFORE, Plaintiff, Next Level, demands judgment against Defendants for damages of no less than $613,422.90, together with an award of pre- and post-judgment interest, costs, punitive damages, and all such other relief that the Court deems just and proper.

Dated this 14th day of May, 2024.

/s/  H. Gregory McNeill

H. Gregory McNeill, Esquire
Florida Bar No.: 0511080
**LOWNDES, DROSDICK, DOSTER,**
**KANTOR & REED, P.A.**
215 North Eola Drive
P.O. Box 2809
Orlando, Florida 32802-2809
greg.mcneill@lowndes-law.com
litcontrol@lowndes-law.com
tina.althoff@lowndes-law.com
Telephone:  407-843-4600
Facsimile:  407-843-4444

-AND-

Mark D. Villanueva, Esquire
(to be admitted *pro hac vice*)
Bridget C. Giroud, Esquire
(to be admitted *pro hac vice*)
STRADLEY RONON STEVENS
  & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
bgiroud@stradley.com
mvillanueva@stradley.com
Telephone: (215) 564-8740

*Attorneys for Plaintiff,*
*NEXT LEVEL HOSPITALITY SERVICES*