# Exhibit A

**Gorman, Caroline**

---

**Subject:**                    FW: Next Level/more on Aspire

---

**From:** Viviano, Joseph
**Sent:** Friday, December 22, 2023 11:41 AM
**To:** Travitsky, Aaron <atravitsky@aspirehealthgrp.com>; amitai.dagan@gmail.com
**Cc:** Greenblatt, Abie <greenblatt-abie@aramark.com>; Daniel Magid
<DMagid@agoraserv.com>; Nathan Freund <freund.nathan@gmail.com>; Thomas,
Susan <thomas-susan@aramark.com>; Toner, Thomas <Toner-Thomas@aramark.com>;
Nuhfer, Gloria <nuhfer-gloria@aramark.com>
**Subject:** RE: Follow up

Thank you Aaron. I'm glad we were able to come to a resolution.

Attached please find wiring instructions- I've instructed finance to send over roster
when they have it ready- Shouldn't be long.

Let me know when wiring is complete.

Joe

**Joseph Viviano**  | Aramark Senior LIFE + |Next Level Hospitality Services
Viviano-joseph1@aramark.com
631.463.4463

---

**From:** Travitsky, Aaron <atravitsky@aspirehealthgrp.com>
**Sent:** Friday, December 22, 2023 11:01 AM
**To:** Viviano, Joseph <viviano-joseph1@aramark.com>; amitai.dagan@gmail.com
**Cc:** Greenblatt, Abie <greenblatt-abie@aramark.com>; Daniel Magid
<DMagid@agoraserv.com>; Nathan Freund <freund.nathan@gmail.com>; Thomas,
Susan <thomas-susan@aramark.com>; Toner, Thomas <Toner-Thomas@aramark.com>;
Nuhfer, Gloria <nuhfer-gloria@aramark.com>
**Subject:** RE: Follow up

> **CAUTION:** This email was sent from an external sender. Do not click links or open attachments
> unless you recognize the sender and know the content is safe.

Hi – Thanks for the call. Confirming the below. Can you please send the wiring
instructions?

Thanks!

**Aaron Travitsky**
Chief Financial Officer
e. ATravitsky@Aspirehealthgrp.com
o. 732-719-5098
c. 443-833-7372

---

**From:** Viviano, Joseph <viviano-joseph1@aramark.com>
**Sent:** Friday, December 22, 2023 8:39 AM
**To:** Travitsky, Aaron <atravitsky@aspirehealthgrp.com>; amitai.dagan@gmail.com
**Cc:** Greenblatt, Abie <greenblatt-abie@aramark.com>; Daniel Magid <DMagid@agoraserv.com>; Nathan Freund <freund.nathan@gmail.com>; Thomas, Susan <thomas-susan@aramark.com>; Toner, Thomas <Toner-Thomas@aramark.com>; Nuhfer, Gloria <nuhfer-gloria@aramark.com>
**Subject:** Follow up
**Importance:** High

Hello Aaron:

Nice speaking with you and thank you for taking my call earlier.

As per our conversation, please return an email with your acceptance to the four items below. In turn, I will have our finance office prepare and forward you employee rosters per your request.

Please inform me when wire is to take place this morning as we will confirm when received. If needed, please feel free to contact Sue Thomas - she will continue to be the lead person completing this operational transition.

1. We accept your payment to be wired today for $100,000 to offset November balance.
2. 2nd payment of $125,339 to be wired on Friday 12/29/23 to complete November billing.
3. Payment of $437,255 to be wired on or before 1/31/24 – (Using December Daily Census will be provided)
4. Your return response to include approval "As of 12/31/23 post dinner meal Next Level will no longer provide services in all Aspire locations."

Thank you,

**Joseph Viviano**  | Aramark Senior LIFE + |Next Level Hospitality Services
Viviano-joseph1@aramark.com
631.463.4463

*This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately at the address or telephone number listed above or by replying to the message,  and delete it from your computer. Messages sent to and from the company may be monitored. We disclaim responsibility for any errors or omissions in this message, or any attachments, that have arisen as a result of e-mail*

*transmission. If verification is required, please request a hard-copy version. Thank you for your cooperation.*