# Exhibit B



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

| Invoice Number | 100318088 |
|---|---|
| Invoice Date | 01-DEC-2023 |
| Transaction Type | Invoice |
| Amount Due | $38,400.00 |
| **Profit Center:** 000020415 | |
| **Profit Center Name:** Arbor Springs Health and Rehabilitation Center - Food | |

**Bill To:**
ARBOR SPRINGS HEALTH AND REHABILITATION CENTER
1501 SE 24TH RD
OCALA, FL 34471

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-DEC-2023 | | 137961 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Culinary Services for 11/15/2023-11/30/2023 | 1875 | 20.48 | 38,400.00 |

| Comments: | | |
|---|---|---|
| | Currency | USD |
| | Invoices Total | $38,400.00 |
| | Shipping / Handling | 0.00 |
| | Tax | 0.00 |
| | Total | $38,400.00 |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

| Invoice Number | 100318089 |
|---|---|
| Invoice Date | 01-DEC-2023 |
| Transaction Type | Invoice |
| Amount Due | $19,725.00 |
| **Profit Center:** 000020656 | |
| **Profit Center Name:** Arbor Springs Health and Rehabilitation Center - EVS | |

**Bill To:**
ARBOR SPRINGS HEALTH AND REHABILITATION CENTER
1501 SE 24TH RD
OCALA, FL 34471

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-DEC-2023 | | 137961 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Environmental Services for 11/15/2023-11/30/2023 | 1875 | 10.52 | 19,725.00 |

| Comments: | | |
|---|---|---|
| | Currency | USD |
| | Invoices Total | $19,725.00 |
| | Shipping / Handling | 0.00 |
| | Tax | 0.00 |
| | Total | $19,725.00 |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

| Invoice Number | 100318543 |
|---|---|
| Invoice Date | 01-JAN-2024 |
| Transaction Type | Invoice |
| **Amount Due** | **$79,216.64** |
| **Profit Center:** 000020415 | |
| **Profit Center Name:** Arbor Springs Health and Rehabilitation Center - Food - CLOSED 12/31/2023 | |

**Bill To:**
ARBOR SPRINGS HEALTH AND REHABILITATION CENTER
1501 SE 24TH RD
OCALA, FL 34471

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-JAN-2024 | | 137961 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Culinary Services for 12/01/2023-12/31/2023 | 3868 | 20.48 | 79,216.64 |

| Comments: | | |
|---|---|---|
| | **Currency** | **USD** |
| | **Invoices Total** | **$79,216.64** |
| | **Shipping / Handling** | **0.00** |
| | **Tax** | **0.00** |
| | **Total** | **$79,216.64** |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

| | |
|---|---|
| **Invoice Number** | 100318548 |
| **Invoice Date** | 01-JAN-2024 |
| **Transaction Type** | Invoice |
| **Amount Due** | $40,691.36 |
| **Profit Center:** 000020656 | |
| **Profit Center Name:** Arbor Springs Health and Rehabilitation Center - EVS - CLOSED 12/31/2023 | |

**Bill To:**
ARBOR SPRINGS HEALTH AND REHABILITATION CENTER
1501 SE 24TH RD
OCALA, FL 34471

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-JAN-2024 | | 137961 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Environmental Services for 12/01/2023-12/31/2023 | 3868 | 10.52 | 40,691.36 |

| Comments: | | |
|---|---|---|
| | **Currency** | **USD** |
| | **Invoices Total** | **$40,691.36** |
| | **Shipping / Handling** | **0.00** |
| | **Tax** | **0.00** |
| | **Total** | **$40,691.36** |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

| Invoice Number | 100318090 |
|---|---|
| Invoice Date | 01-DEC-2023 |
| Transaction Type | Invoice |
| Amount Due | $28,016.64 |
| Profit Center: 000020307 | |
| Profit Center Name: Orchid Cove at Clearwater - Food | |

**Bill To:**
ORCHID COVE AT CLEARWATER
1980 SUNSET POINT ROAD
CLEARWATER, FL 33765

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-DEC-2023 | | 138243 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Culinary Services for 11/15/2023-11/30/2023 | 1368 | 20.48 | 28,016.64 |

Comments:

| | |
|---|---|
| Currency | USD |
| Invoices Total | $28,016.64 |
| Shipping / Handling | 0.00 |
| Tax | 0.00 |
| Total | $28,016.64 |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

**Bill To:**
ORCHID COVE AT CLEARWATER
1980 SUNSET POINT ROAD
CLEARWATER, FL 33765

| | |
|---|---|
| **Invoice Number** | 100318091 |
| **Invoice Date** | 01-DEC-2023 |
| **Transaction Type** | Invoice |
| **Amount Due** | $14,391.36 |
| **Profit Center:** 000020551 | |
| **Profit Center Name:** Orchid Cove at Clearwater - EVS | |

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-DEC-2023 | | 138243 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Environmental Services for 11/15/2023-11/30/2023 | 1368 | 10.52 | 14,391.36 |

| Comments: | | |
|---|---|---|
| | **Currency** | **USD** |
| | **Invoices Total** | **$14,391.36** |
| | **Shipping / Handling** | **0.00** |
| | **Tax** | **0.00** |
| | **Total** | **$14,391.36** |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

| Invoice Number | 100318544 |
|---|---|
| Invoice Date | 01-JAN-2024 |
| Transaction Type | Invoice |
| Amount Due | $55,848.96 |
| **Profit Center:** 000020307 | |
| **Profit Center Name:** Orchid Cove at Clearwater - Food - CLOSED 12/31/2023 | |

**Bill To:**
ORCHID COVE AT CLEARWATER
1980 SUNSET POINT ROAD
CLEARWATER, FL 33765

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-JAN-2024 | | 138243 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Culinary Services for 12/01/2023-12/31/2023 | 2727 | 20.48 | 55,848.96 |

Comments:

| | |
|---|---|
| **Currency** | **USD** |
| **Invoices Total** | **$55,848.96** |
| **Shipping / Handling** | **0.00** |
| **Tax** | **0.00** |
| **Total** | **$55,848.96** |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

| Invoice Number | 100318549 |
|---|---|
| Invoice Date | 01-JAN-2024 |
| Transaction Type | Invoice |
| Amount Due | $28,688.04 |
| **Profit Center:** 000020551 | |
| **Profit Center Name:** Orchid Cove at Clearwater - EVS - CLOSED 12/31/2023 | |

**Bill To:**
ORCHID COVE AT CLEARWATER
1980 SUNSET POINT ROAD
CLEARWATER, FL 33765

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-JAN-2024 | | 138243 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Environmental Services for 12/01/2023-12/31/2023 | 2727 | 10.52 | 28,688.04 |

| Comments: | | |
|---|---|---|
| | **Currency** | **USD** |
| | **Invoices Total** | **$28,688.04** |
| | **Shipping / Handling** | **0.00** |
| | **Tax** | **0.00** |
| | **Total** | **$28,688.04** |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

**Bill To:**
ORCHID COVE AT NEW PORT RICHEY
4927 VOORHEES ROAD
NEW PORT RICHEY, FL 34653

| | |
|---|---|
| **Invoice Number** | 100318092 |
| **Invoice Date** | 01-DEC-2023 |
| **Transaction Type** | Invoice |
| **Amount Due** | **$26,193.92** |
| **Profit Center:** 000020631 | |
| **Profit Center Name:** Orchid Cove at New Port Richey - Food | |

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-DEC-2023 | | 138252 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Culinary Services for 11/15/2023-11/30/2023 | 1279 | 20.48 | 26,193.92 |

| Comments: | | |
|---|---|---|
| | **Currency** | **USD** |
| | **Invoices Total** | **$26,193.92** |
| | **Shipping / Handling** | **0.00** |
| | **Tax** | **0.00** |
| | **Total** | **$26,193.92** |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

**Bill To:**
ORCHID COVE AT NEW PORT RICHEY
4927 VOORHEES ROAD
NEW PORT RICHEY, FL 34653

| Invoice Number | 100318093 |
| --- | --- |
| Invoice Date | 01-DEC-2023 |
| Transaction Type | Invoice |
| Amount Due | **$13,455.08** |
| Profit Center: 000019946 | |
| Profit Center Name: Orchid Cove at New Port Richey - EVS | |

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
| --- | --- | --- | --- |
| NET 7 | 08-DEC-2023 | | 138252 |

| Line No. | Description | Quantity | Amount | Total Amount |
| --- | --- | --- | --- | --- |
| 1 | Environmental Services for 11/15/2023-11/30/2023 | 1279 | 10.52 | 13,455.08 |

| Comments: | | |
| --- | --- | --- |
| | Currency | USD |
| | Invoices Total | $13,455.08 |
| | Shipping / Handling | 0.00 |
| | Tax | 0.00 |
| | Total | $13,455.08 |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

| Invoice Number | 100318545 |
|---|---|
| Invoice Date | 01-JAN-2024 |
| Transaction Type | Invoice |
| **Amount Due** | **$63,303.68** |
| **Profit Center:** 000020631 | |
| **Profit Center Name:** Orchid Cove at New Port Richey - Food - CLOSED 12/31/2023 | |

**Bill To:**
ORCHID COVE AT NEW PORT RICHEY
4927 VOORHEES ROAD
NEW PORT RICHEY, FL 34653

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-JAN-2024 | | 138252 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Culinary Services for 12/01/2023-12/31/2023 | 3091 | 20.48 | 63,303.68 |

Comments:

| Currency | USD |
|---|---|
| **Invoices Total** | **$63,303.68** |
| **Shipping / Handling** | 0.00 |
| **Tax** | 0.00 |
| **Total** | **$63,303.68** |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

| Invoice Number | 100318550 |
|---|---|
| Invoice Date | 01-JAN-2024 |
| Transaction Type | Invoice |
| Amount Due | $32,517.32 |
| Profit Center: 000019946 | |
| Profit Center Name: Orchid Cove at New Port Richey - EVS - CLOSED 12/31/2023 | |

**Bill To:**
ORCHID COVE AT NEW PORT RICHEY
4927 VOORHEES ROAD
NEW PORT RICHEY, FL 34653

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-JAN-2024 | | 138252 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Environmental Services for 12/01/2023-12/31/2023 | 3091 | 10.52 | 32,517.32 |

| Comments: | | |
|---|---|---|
| | Currency | USD |
| | Invoices Total | $32,517.32 |
| | Shipping / Handling | 0.00 |
| | Tax | 0.00 |
| | Total | $32,517.32 |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

**Bill To:**
ORCHID COVE AT OLDSMAR
3865 TAMPA ROAD
OLDSMAR, FL 34677

| Invoice Number | 100318094 |
|---|---|
| Invoice Date | 01-DEC-2023 |
| Transaction Type | Invoice |
| Amount Due | **$28,344.32** |
| **Profit Center:** 000020785 | |
| **Profit Center Name:** Orchid Cove at Oldsmar - Food | |

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-DEC-2023 | | 138253 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Culinary Services for 11/15/2023-11/30/2023 | 1384 | 20.48 | 28,344.32 |

Comments:

| Currency | USD |
|---|---|
| **Invoices Total** | **$28,344.32** |
| **Shipping / Handling** | **0.00** |
| **Tax** | **0.00** |
| **Total** | **$28,344.32** |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

**Bill To:**
ORCHID COVE AT OLDSMAR
3865 TAMPA ROAD
OLDSMAR, FL 34677

| | |
|---|---|
| **Invoice Number** | 100318095 |
| **Invoice Date** | 01-DEC-2023 |
| **Transaction Type** | Invoice |
| **Amount Due** | **$14,559.68** |
| **Profit Center:** 000019947 | |
| **Profit Center Name:** Orchid Cove at Oldsmar - EVS | |

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-DEC-2023 | | 138253 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Environmental Services for 11/15/2023-11/30/2023 | 1384 | 10.52 | 14,559.68 |

| Comments: | | |
|---|---|---|
| | **Currency** | **USD** |
| | **Invoices Total** | **$14,559.68** |
| | **Shipping / Handling** | **0.00** |
| | **Tax** | **0.00** |
| | **Total** | **$14,559.68** |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

| Invoice Number | 100318546 |
|---|---|
| Invoice Date | 01-JAN-2024 |
| Transaction Type | Invoice |
| Amount Due | $58,961.92 |
| **Profit Center:** 000020785 | |
| **Profit Center Name:** Orchid Cove at Oldsmar - Food - CLOSED 12/31/2023 | |

**Bill To:**
ORCHID COVE AT OLDSMAR
3865 TAMPA ROAD
OLDSMAR, FL 34677

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-JAN-2024 | | 138253 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Culinary Services for 12/01/2023-12/31/2023 | 2879 | 20.48 | 58,961.92 |

| Comments: | | |
|---|---|---|
| | **Currency** | **USD** |
| | **Invoices Total** | **$58,961.92** |
| | **Shipping / Handling** | **0.00** |
| | **Tax** | **0.00** |
| | **Total** | **$58,961.92** |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

| Invoice Number | 100318551 |
|---|---|
| Invoice Date | 01-JAN-2024 |
| Transaction Type | Invoice |
| Amount Due | $30,287.08 |
| **Profit Center:** 000019947 | |
| **Profit Center Name:** Orchid Cove at Oldsmar - EVS - CLOSED 12/31/2023 | |

**Bill To:**
ORCHID COVE AT OLDSMAR
3865 TAMPA ROAD
OLDSMAR, FL 34677

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-JAN-2024 | | 138253 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Environmental Services for 12/01/2023-12/31/2023 | 2879 | 10.52 | 30,287.08 |

| Comments: | | |
|---|---|---|
| | **Currency** | **USD** |
| | **Invoices Total** | **$30,287.08** |
| | **Shipping / Handling** | **0.00** |
| | **Tax** | **0.00** |
| | **Total** | **$30,287.08** |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

| Invoice Number | 100318096 |
|---|---|
| Invoice Date | 01-DEC-2023 |
| Transaction Type | Invoice |
| Amount Due | $27,914.24 |
| Profit Center: 000020632 | |
| Profit Center Name: Orchid Cove at Palm Harbor - Food | |

**Bill To:**
ORCHID COVE AT PALM HARBOR
2600 HIGHLANDS BLVD N
PALM HARBOR, FL 34684

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-DEC-2023 | | 138254 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Culinary Services for 11/15/2023-11/30/2023 | 1363 | 20.48 | 27,914.24 |

| Comments: | | |
|---|---|---|
| | Currency | USD |
| | Invoices Total | $27,914.24 |
| | Shipping / Handling | 0.00 |
| | Tax | 0.00 |
| | Total | $27,914.24 |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

| Invoice Number | 100318097 |
|---|---|
| Invoice Date | 01-DEC-2023 |
| Transaction Type | Invoice |
| Amount Due | $14,338.76 |
| Profit Center: 000019949 | |
| Profit Center Name: Orchid Cove at Palm Harbor - EVS | |

**Bill To:**
ORCHID COVE AT PALM HARBOR
2600 HIGHLANDS BLVD N
PALM HARBOR, FL 34684

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-DEC-2023 | | 138254 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Environmental Services for 11/15/2023-11/30/2023 | 1363 | 10.52 | 14,338.76 |

| Comments: | | |
|---|---|---|
| | Currency | USD |
| | Invoices Total | $14,338.76 |
| | Shipping / Handling | 0.00 |
| | Tax | 0.00 |
| | Total | $14,338.76 |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

| Invoice Number | 100318547 |
|---|---|
| Invoice Date | 01-JAN-2024 |
| Transaction Type | Invoice |
| **Amount Due** | **$61,603.84** |
| **Profit Center:** 000020632 | |
| **Profit Center Name:** Orchid Cove at Palm Harbor - Food - CLOSED 12/31/2023 | |

**Bill To:**
ORCHID COVE AT PALM HARBOR
2600 HIGHLANDS BLVD N
PALM HARBOR, FL 34684

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-JAN-2024 | | 138254 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Culinary Services for 12/01/2023-12/31/2023 | 3008 | 20.48 | 61,603.84 |

Comments:

| | |
|---|---|
| **Currency** | **USD** |
| **Invoices Total** | **$61,603.84** |
| **Shipping / Handling** | **0.00** |
| **Tax** | **0.00** |
| **Total** | **$61,603.84** |



100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660
T:( 551) 225-8320
www.nextlevelhs.net

| | |
|---|---|
| **Invoice Number** | 100318552 |
| **Invoice Date** | 01-JAN-2024 |
| **Transaction Type** | Invoice |
| **Amount Due** | $31,644.16 |
| **Profit Center:** 000019949 | |
| **Profit Center Name:** Orchid Cove at Palm Harbor - EVS - CLOSED 12/31/2023 | |

**Bill To:**
ORCHID COVE AT PALM HARBOR
2600 HIGHLANDS BLVD N
PALM HARBOR, FL 34684

**Remit To:**
Next Level Hospitality Services
100 Challenger Road, Suite 303
Ridgefield Park, NJ 07660

To set-up ACH/Wire Payments,
Please email: AR.NL@nextlevelhs.net

| Payment Terms | Due Date | Customer PO | Customer Number |
|---|---|---|---|
| NET 7 | 08-JAN-2024 | | 138254 |

| Line No. | Description | Quantity | Amount | Total Amount |
|---|---|---|---|---|
| 1 | Environmental Services for 12/01/2023-12/31/2023 | 3008 | 10.52 | 31,644.16 |

| Comments: | | |
|---|---|---|
| | **Currency** | **USD** |
| | **Invoices Total** | **$31,644.16** |
| | **Shipping / Handling** | **0.00** |
| | **Tax** | **0.00** |
| | **Total** | **$31,644.16** |