# Exhibit C



**Stradley Ronon Stevens & Young, LLP**

LibertyView
457 Haddonfield Road
Suite 100
Cherry Hill, NJ 08002
Telephone 856.321.2400
Fax 856.321.2415
www.stradley.com

**Mark D. Villanueva**
Partner
mvillanueva@stradley.com
215.564.8159

March 22, 2024

**Via Electronic Mail**
Andrew Travitsky
Chief Financial Officer
Aspire Health Group
atravitsky@aspirehealthgrp.com

**Re:    Notice of Default and Demand for Payment**

Dear Mr. Travitsky:

We represent Aramark SeniorLIFE+, formerly known as Next Level Hospitality Services, LLC ("Next Level"). The purpose of this letter is to address the outstanding indebtedness owed by Aspire Health Group, and its affiliates (collectively, "Aspire") to Next Level relating to the food supply, culinary services, and environmental and linen services (collectively, the "Services") provided at the facilities formerly known as Arbor Springs Health and Rehabilitation Center, Orchid Cove at Clearwater, Orchid Cove at New Port Richey, Orchid Cove at Oldsmar, and Orchid Cove at Palm Harbor (collectively, the "Facilities").

Next Level provided the Services at the Facilities from November 15, 2023 to December 31, 2023. Following an initial payment by Aspire of $100,000, Aspire failed to make any payments to Next Level for these Services. Aspire failed to pay the principal amount of $608,102.00 for the Services provided from November 15, 2023 to December 31, 2023, and Aspire is in default.

In addition to the principal amount owed by Aspire, Next Level is also entitled to interest at an annual rate of ten and one-half percent (10.5%) (representing the Prime Rate plus two percent (2%)) from the dates such amounts were invoiced until payment is made. The total amount due and owing from Aspire to Next Level as of March 21, 2024, including interest, is $613,422.90 (the "Total Amount Due").

Philadelphia, PA • Malvern, PA • Cherry Hill, NJ • Newark, NJ • Wilmington, DE • Washington, DC • New York, NY • Chicago, IL

A Pennsylvania Limited Liability Partnership

**MERITAS** LAW FIRMS WORLDWIDE

Andrew Travitsky
Page 2

Next Level demands payment in full of the Total Amount Due from Aspire within ten (10) business days of the date of this letter.  Payment may be rendered per the directions set forth on the invoices previously provided to Aspire.

Next Level would prefer to resolve this matter amicably without the need for litigation.  However, please be advised that Next Level intends to enforce its rights with respect to this matter and is prepared to commence litigation against Aspire if Next Level does not receive full payment of the Total Amount Due.

Nothing contained in this letter is intended to be or shall be deemed to be a waiver of any rights, remedies or claims of Next Level, and all such rights, remedies and claims are expressly reserved. In addition, Next Level reserves the right to collect, in addition to the Total Amount Due, any interest, late fees and other collection expenses (including attorneys' fees and costs).

If you are represented by counsel, please forward this correspondence to their attention.  Thank you.


Very truly yours,

Mark D. Villanueva

6624158