**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NEXT LEVEL HOSPITALITY SERVICES,
LLC,

      Plaintiff,

vs.

ASPIRE HEALTHCARE, LLC; 24TH
ROAD OPCO, LLC; SUNSET POINT
ROAD OPCO LLC; VOORHEES ROAD
OPCO LLC; TAMPA ROAD OPCO LLC;
and HIGHLANDS BLVD OPCO LLC,

      Defendants.        /

Case No. 6:24-cv-00908-JSS-EJK

**PLAINTIFF'S DISCLOSURE STATEMENT**
**UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1.    Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐    No.

    ☒    Yes, and

        ☒    These parent corporations and publicly held corporations own 10% or more of the filer's shares: Plaintiff is an indirect, wholly owned subsidiary of Aramark (ticker symbol: ARMK), a publicly held corporation.

        ☐    The filer has no parent corporation.

        ☐    No publicly held corporation owns 10% or more of the filer's shares.

2.    Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☐   No.

☒   Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

NEXT LEVEL HOSPITALITY SERVICES, LLC, Delaware LLC, with sole member Aramark Healthcare Support Services LLC.

ARAMARK HEALTHCARE SUPPORT SERVICES, LLC, Delaware LLC, with sole member Aramark Services, Inc.

ARAMARK SERVICES, INC., a Delaware corporation with its principal place of business in Pennsylvania.

a.   Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

   ☐   No.

   ☒   Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b.   Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

   ☒   No.

   ☐   Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c.   Is the filer an insurer?

   ☒   No.

   ☐   Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d.  Is the filer a legal representative?

☒  No.

☐  Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e.  Has the filer identified any corporation?

☒  No.

☐  Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f.  Has the filer identified any natural person?

☒  No.

☐  Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.  Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☒  No.

☐  Yes. These additional persons and entities have or might have an interest in the outcome of the action: []

4.  Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒  No.

☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

☒ No.

☐ Yes, and the debtor is [].

☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

☒ No.

☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

☒ No.

☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒ Yes.

Dated this 30th day of May, 2024.

/s/  H. Gregory McNeill

H. Gregory McNeill, Esquire
Florida Bar No.: 0511080
Michael D. Piccolo, Esquire
Florida Bar No.: 1003505
**LOWNDES, DROSDICK, DOSTER,
KANTOR & REED, P.A.**
215 North Eola Drive
P.O. Box 2809
Orlando, Florida 32802-2809
greg.mcneill@lowndes-law.com
michael.piccolo@lowndes-law.com
litcontrol@lowndes-law.com
tina.althoff@lowndes-law.com
Telephone:  407-843-4600
Facsimile:  407-843-4444

-AND-

Mark D. Villanueva, Esquire
*Admitted Pro Hac Vice*
Bridget C. Giroud, Esquire
*Admitted Pro Hac Vice*
STRADLEY RONON STEVENS
    & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
bgiroud@stradley.com
mvillanueva@stradley.com
Telephone: (215) 564-8740

*Attorneys for Plaintiff,
NEXT LEVEL HOSPITALITY SERVICES*

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May 2024, a true and correct copy of the foregoing was electronically filed with this Court and served on all attorneys of record.

*/s/ H. Gregory McNeill*
H. Gregory McNeill, Esquire